IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RODNEY BREWER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    NO. 1:20-cv-00015 |
| | ) |
| TONY PARKER, et al., | )    **JUDGE CAMPBELL** |
| | )    **MAGISTRATE JUDGE HOLMES** |
|    Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 31), which was filed on August 7, 2020. Through the Report and Recommendation, the Magistrate Judge recommends granting motions to dismiss (Doc. Nos. 20, 21) filed by Defendants Lisa Woods and Christian Berry, and that these defendants be dismissed from this action. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, the motions to dismiss (Doc. Nos. 20, 21) are **GRANTED,** and Defendants Lisa Woods and Christian Berry are **DISMISSED** from this action.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE