## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| **RODNEY BREWER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:20-cv-00015** |
| | ) | |
| **TONY PARKER, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE HOLMES** |
| **Defendants.** | ) | |

### <u>ORDER</u>

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 43), which was filed on April 21, 2021. Through the Report and Recommendation, the Magistrate Judge recommends the Court dismiss this case under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. The Report advised the parties that any objections must be filed within 14 days of service. As of the date of this Order, however, no objections have been filed.

As discussed by the Magistrate Judge, Plaintiff failed to comply with her April 2, 2021 Order (Doc. No. 42), directing him to file a response, by April 19, 2021, to the defendant's motion to amend the scheduling order. A review of the docket indicates Plaintiff's last filing occurred on June 8, 2020 (Doc. No. 19), when he advised the Court he had been paroled.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, this case is **DISMISSED,** with prejudice, for failure to prosecute, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE